■ The People of the State of New York, Respondent, v Wyatt Duvall, Appellant. [4 NYS3d 902]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Iliou, J.), imposed July 17, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was valid, and precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Eng, P.J., Balkin, Dickerson, Chambers and Duffy, JJ., concur.